October 12 2026

United States Federal Court

Christopher Johnson

Plaintiff

VS

Corie Barry And Best Buy Coporation

7601 Penn Ave. Minneapolis MN 55423

RCVD - USDC COLA SC
OCT 13 '26 AM9:42

On Feb. 25 2026 Plaintiff emailed Corie Barry about selling his new animation DVD at Best Buy. No response. On May 28th email her again. With pictures of the DVD cover. No response. Plaintiff forwarded to Jason Bonfig on that same day. No response. On July 7th Plaintiff purchased a laptop from Bestbuy. Within 2 months it stopped working. I emailed Corie Barry. A Bestbuy employee answers for her. What this proves is her email address does work. Why was she not adding my product. Best Buy's Geek Squad Computer repair blamed me.Said did i not keep the laptop charged. Because Microsoft sends updates and if its not full charged it will lock up. Well that fraud and defeats the purpose of buying a laptop. I said some days go into the recording studio. They said i need to purchase protection and they can try and save the data. Paid that and they said they cant save the date. So all music and songs we deleted. I actually lost a Christmas song for kids.

Geek Squad says when we reboot it will go back to the way it was when you opened it. Wrong. Microsoft Word didn't work. I couldn't open dcouments it was completely different. More Fraud.

I asked Corie Barry for a refund and her rep contacted me and said they can't. I emailed Ms. Barry September 11 2026 and asked could they do a purchase order for my animation DVD. I sent her a picture of current DVD titles at Best Buy. John Wick. Michael, Sinners, This is Me. No Resonse. I emailed again on Oct 2 2026. I forward the Feb email to her, Jason Bonfig, and Todd Hartman. I said in this email I feel discrimmation against me and my work. I want to be on the bestbuy page before Christmas I said. No response from no one.

Im suing Corie Barry and Best Buy for 20 Million 450 dollars. The 20 million is for discrimmination, fraud, wire, fraud, conspiracy to defraud. Racial discrimination. On a picture of my blue dolphin he has a baseball cap backwards. Maybe she assumed Plaintiff was black we dont know. We just need to know why she didn't ask the merchandise manager to contact Plaintiff. Was it laziness? We need to find out at trial. Or was it the picture i sent to Corie on November 22 2025 about marketing. So she knew my race. It was sent to her and jennie Weber. All emails and pictures will be included in this complaint.

Best Buy has faced several Discrimmation Lawsuits. Holloway Vs Best Buy, where Best Buy paid 10.2 Million dollars.

So kids, teens, high school and college students who love my characters can't purchase my DVD because of Corie Barry's disscrimmation. Does the Board of Directors agree with Corie Barry. Plaintiff emailed David Kenny no response who is on the board. Richelle Parham is a black woman and seats on the board. Does she agree with Corie Barry's racial

and business practices. We will find out at trail.

[illegible]
108 Gills Crossing Rd.
Columbia SC 29223